CINCINNATI BAR ASSOCIATION *v.* LACINAK.

[Cite as Cincinnati Bar Assn. v. Lacinak (1976),
46 Ohio St. 2d 395.]

(D. D. No. 76-2—Decided June 16, 1976.)

396

Mr. Thomas A. Brennan, Mr. John J. Getgey, Jr., and Mr. D. Michael Poast, for relator.

Mr. Maury M. Tepper, for respondent.

Per Curiam. Upon a careful review of the findings of fact of the Board of Commissioners on Grievances and Discipline, as reflected by the record, this court is in full agreement that such findings of fact are justified by the record. Accordingly, it is the order of this court that respondent be permanently disbarred from the practice of law in Ohio as provided in Gov. R. V(6) (a).

*Judgment accordingly.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.